juries. The Commission, which affirmed and adopted the findings of the Administrative Law Judge, determined that Employer was exempt from the Workers' Compensation Act ("Act") because it did not employ five or more employees at any one time, had not elected to become subject to the provisions of the Act, and was not a construction industry employer as provided for in section 287.030.1(3) RSMo 1994.

We have reviewed the briefs of the parties and the record on appeal. No error of law appears. The award is supported by substantial and competent evidence in the record and is not against the weight of the evidence. An extended opinion would have no precedential value. We have, however, furnished the parties with a memorandum for their information only, setting forth the reasons for this order. We affirm the judgment pursuant to Rule 84.16(b).

Before GARY M. GAERTNER, Sr., P.J., CRAHAN, J., and DRAPER, J.

ORDER

PER CURIAM.

Appellant, James McDaniel ("appellant"), appeals from the judgment of the Circuit Court of the City of St. Louis granting a motion for summary judgment in favor of the respondent, Blue Cross Blue Shield of Missouri, denying appellant's claim for breach of contract and vexatious refusal to pay an insurance claim. We affirm.

We have reviewed the briefs of the parties and the record on appeal, and find no error of law appears. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).

**James McDANIEL, Appellant,**

v.

**BLUE CROSS BLUE SHIELD OF MISSOURI, Respondent.**

**No. ED 78325.**

Missouri Court of Appeals,
Eastern District,
Division Three.

March 20, 2001.

James E. Lownsdale, Brandenburg & Lownsdale, St. Louis, MO, for appellant.

Elkin L. Kistner, St. Louis, MO, for respondent.

**STATE of Missouri, Respondent,**

v.

**Joe NIGGEMAN, Appellant.**

**No. ED 78157.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 20, 2001.

Craig A. Johnston, Nancy A. McKerrow, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, II, Lisa Sutherland, Asst. Attys. Gen., Jefferson City, MO, for respondent.